UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 08-CR-10225-WGY |
| | ) | |
| DAMON PATRICK TOEY | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION FOR A DOWNWARD
DEPARTURE UNDER U.S.S.G. § 5K1.1

The defendant, Damon Patrick Toey, has provided substantial assistance in the investigation and prosecution of others who have committed crimes. The government therefore asks that the Court grant the defendant a downward departure from the low-end of the otherwise applicable advisory United States Sentencing Guidelines range pursuant to U.S.S.G. § 5K.1.1.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Stephen P. Heymann*
Stephen P. Heymann
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/S/ Stephen P. Heymann*
Stephen P. Heymann
Assistant United States Attorney

Date: April 5, 2010